No. 1900. EL PUEBLO, APELADO, *v.* FLORES, APELANTE.—
Corte de Distrito de Mayagüez. Infracción a la sección 61
de la ley de arbitrios. Resuelto en abril 17, 1922. No existe
pliego de excepciones ni relación de hechos y no siendo fun-
damental el error de no haberse fijado el límite de la pri-
sión, se modifica la sentencia que le condenó a $100 de multa
y en defecto de pago un día de cárcel por cada dollar, de
manera, que la prisión subsidiaria no exceda de noventa días.
*Confirmada.*

No. 1908. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.—
Corte de Distrito de Humacao. Infracción al artículo 288
del Código Penal. Resuelto en abril 20, 1922. No se ha
presentado alegato, y no apareciendo de los autos que se
haya cometido error fundamental alguno, se confirma la
sentencia.

No. 2573. COLL, APELANTE, *v.* GANDÍA, APELADO.—Corte
de Distrito de San Juan, Primer Distrito. Memorándum de
costas. Resuelto en abril 24, 1922. Oída la moción verbal
del apelante en el acto de la vista y la conformidad de la
apelada, se le tiene por desistido de la apelación.

No. 1911. EL PUEBLO, APELADO, *v.* PÉREZ, APELANTE.—
Corte de Distrito de Mayagüez. Abuso de confianza. Re-
suelto en abril 24, 1922. No existe pliego de excepciones ni
relación de pruebas y no apareciendo de los autos que se
haya cometido error alguno, se confirma la sentencia.

No. 2728. SUCS. DE F. ORTEGA & Co., APELADA, *v.* GONZÁ-
LEZ PADÍN & Co. INC., APELANTE.—Corte de Distrito de San
Juan, Segundo Distrito. Desahucio. Resuelto en abril 25,
1922. Vista la moción de desistimiento de apelación presen-
tada por el apelante, se resuelve de conformidad y se tiene
por desistido.